UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00106

**Antony Jordan,**
*Plaintiff,*

v.

**Polaris Precision Tubular Services, LLC,**
*Defendant.*

# ORDER

Before the court are the parties' joint motions to seal document, to approve settlement, and ultimately to dismiss with prejudice. Docs. 19, 20. The motion to seal (Doc. 19) is granted, and the settlement agreement will remain sealed. Doc. 21.

The motion to approve settlement is denied. Under *Martin*, unsupervised settlements that are reached due to a bona fide FLSA dispute over hours worked or compensation owed are excepted from the approval requirement. *Martin v. Spring Break '83 Productions, LLC*, 688 F.3d 255 (5th Cir. 2012). The court reasoned that unsupervised settlements reached due to a bona fide dispute over compensation owed would not undermine the purpose of the FLSA because "plaintiffs did not waive their claims through some sort of bargain but instead received compensation for the disputed hours." *Id.* at 257. Here, the parties agree that there is a "legitimate dispute" as to the "number of hours worked and compensation due." Doc. 21 at 1. The settlement is reached in the context of a lawsuit, and both parties were represented by counsel. Thus, court approval is unnecessary. *Garcia v. 8th Ave. Wings, LP*, No. 4:18-cv-464-A, 2018 WL 6591822, at *1 (N.D. Tex. Dec. 14, 2018).

Finally, because the motion to dismiss was "signed by all parties who have appeared[,]" the motion carries the effect of a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, further action by the court is unnecessary. This case is dismissed with prejudice. Any other pending motions are denied as moot. The clerk of court is directed to close the case.

*So ordered by the court on July 8, 2022.*

J. CAMPBELL BARKER
United States District Judge